**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:25-cr-0052 |
| ) | |
| **ANIBAL VEGA ARIZMENDI,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

    **THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated August 6, 2025, ECF No. 27, recommending that the Defendant's plea of guilty to Counts One through Six of the Information, Transporting an Illegal Alien, each of which charges violations of Title 8, United States Code, Section 1324(a)(1)(A)(ii), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

    **ORDERED** that the Report and Recommendation, ECF No. 27, is **ADOPTED;** it is further

    **ORDERED** that Defendant Anibal Vega Arizmendi's plea of guilty as to Counts One through Six of the Information is **ACCEPTED**, and that Anibal Vega Arizmendi is adjudged **GUILTY** on these counts; it is further

    **ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

    **ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **October 16, 2025;** it is further

    **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **October 30, 2025;** it is further

    **ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **November 13, 2025;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **November 28, 2025;** it is further

**ORDERED** that a sentencing hearing shall be held on **December 4, 2025, at 9:00 A.M. in STT Courtroom No. 1**.

**Dated:** September 2, 2025                                             */s/ Robert A. Molloy*
                                                                                        **ROBERT A. MOLLOY**
                                                                                        **Chief Judge**